**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES          *

                    *

    v.               *     CRIM. NO. 15-455

                    *

ALEKSANDR MILRUD     *

                    *

                *****

## <u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING<br>FOR FELONY PLEAS AND/OR SENTENCINGS</u>

In accordance with Standing Order 2020-06, this Court finds:

☑     That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

☑     That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:

Accordingly, the proceeding(s) held on this date may be conducted by:

☑     Video Teleconferencing

☐     Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

      ☐     The Defendant (or the Juvenile) is detained at a facility lacking video

      teleconferencing capability.

      ☐     Other:

Date:     April 24, 2020

                                          _Brian Martinotti_

                                        Honorable Brian Martinotti<br>                                         United States District Judge